### WASHINGTON FIDELITY NAT INS CO v HERBERT

Ohio Appeals, 1st Dist, Hamilton Co

Decided June 23, 1934

. Hightower & O'Brien, Cincinnati, for plaintiff in error.

Nicholas Klein, Cincinnati, for defendant in error.

For full opinion see 49 Oh Ap 151.